**Chester H. Adams, #3009**
Sparks City Attorney
cadams@cityofsparks.us
**Wesley K. Duncan, #12362**
Assistant City Attorney
wduncan@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324

**John T. McLandrich, OH Bar #0021494**
jmclandrich@mrrlaw.com
**Cara M. Wright, OH Bar #0084583**
cwright@mrrlaw.com
Mazanec, Raskin & Ryder Co., LPA
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Tel: (440) 248-7906

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LYNN CLOPP and PARIS FRIDGE as Co-Administrators of the ESTATE OF MICIAH WILLIAM LEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPARKS, ERIC DEJESUS, RYAN PATTERSON, JAMES HAMMERSTONE, JAMES AHDUNKO, and DOES 1-10<br><br>Defendants. | Case No. 3:20-CV-00465-MMD-WGC<br><br>**ORDER GRANTING**<br>**JOHN T. MCLANDRICH, CARA M. WRIGHT AND MAZANEC, RASKIN & RYDER CO., L.P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Now come John T. McLandrich, Cara M. Wright, and the law firm or Mazanec, Raskin & Ryder Co., L.P.A., attorneys for Defendants City of Sparks, Eric Dejesus, Ryan Patterson, James Hammerstone and James Ahdunko, and hereby move this Honorable Court for an Order allowing them to withdraw as counsel of record for Defendants herein.

As grounds for this motion, counsel states that the insurer for the Defendants has choosen to allow David Smith, formerly of our office to retain this file upon his leaving our firm. Therefore, Mazanec, Raskin & Ryder Co. LPA and its attorneys have been asked by the insurer to withdraw.

The defendants are aware of this decision of the carrier and are in accord with our withdrawal.

David M. Smith, Chester H. Adams and Wesley K. Duncan of the City of Sparks, will remain as counsel for said Defendants.

The undersigned counsel, John T. McLandrich, Cara M. Wright and Mazanec Raskin & Ryder Co. LPA, seek leave of this Court to withdraw as counsel of record for Defendants City of Sparks, Eric Dejesus, Ryan Patterson, James Hammerstone and James Ahdunko, herein.

Respectfully submitted this 12th day of July, 2021.

By:
/s/ John T. McLandrich
JOHN T. MCLANDRICH (0021494)
CARA M. WRIGHT (0084583)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139

/s/ Chester H. Adams
CHESTER H. ADAMS (SNB 3009)
WESLEY K. DUNCAN (SBN 12362)
P.O. Box 857
Sparks, NV 89431-0857

*Counsel for Defendants City of Sparks, Eric Dejesus, Ryan Patterson, James Hammerstone and James Ahdunko*

IT IS SO ORDERED.

DATED: July 14, 2021.

_____
U.S. MAGISTRATE JUDGE