**Chester H. Adams, #3009**
Sparks City Attorney
cadams@cityofsparks.us
**Wesley K. Duncan, #12362**
Assistant City Attorney
wduncan@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324

**David M. Smith OH Bar #0079400**
dsmith@meyersroman.com
Meyers, Roman Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
Tel: 216-831-0042

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LYNN CLOPP and PARIS FRIDGE as Co-Administrators of the ESTATE OF MICIAH WILLIAM LEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPARKS, ERIC DEJESUS, RYAN PATTERSON, JAMES HAMMERSTONE, JAMES AHDUNKO, and DOES 1-10<br><br>Defendants. | Case No. 3:20-CV-00465-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO SUBMIT RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>**(First Request)** |

   Pursuant to LR IA 6-1, Defendants City of Sparks, Eric Dejesus, Ryan Patterson, James Hammerstone and James Ahdunko and Plaintiffs Susan Lynn Clopp and Paris Fridge, through their respective counsel of record, hereby stipulate to extend the deadline by which Defendants must respond to Plaintiffs' Motion for Attorneys' Fees pursuant to Motions to Compel filed on August 18, 2021 by two (2) days.  Plaintiffs' counsel filed their "Motion for Attorneys' Fees Pursuant to Motions to Compel", ECF 56, on August 18, 2021, indicating on the docket that the deadline to file Responses was September 1, 2021.  The original Minutes from this Court, ECF 50, provided that

the Defendants must respond to the Motion for Attorneys' Fees by September 3, 2021. The parties hereby stipulate that the date to respond to the Motion shall be governed by ECF 50, and the Defendants' Response should be filed by September 3, 2021. No previous extensions of the subject deadline have been requested.

Respectfully submitted this 1st day of September 2021.

By:

/s/ David M. Smith
David M. Smith (0079400)
Meyers, Roman Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122

/s/ Chester H. Adams
CHESTER H. ADAMS (SNB 3009)
WESLEY K. DUNCAN (SNB 12362)
P.O. Box. 857
Sparks, NV 89431

*Counsel for Defendants City of Sparks, Eric Dejesus, Ryan Patterson, James Hammerstone, and James Ahdunko*

LAW OFFICE OF TERRI KEYSER-COOPER

/s/Terri Keyser-Cooper (per phone consent)
TERRI KEYSER-COOPER (SBN 3984)
2395 Viejo Place
Lake Havasu City, AZ 86406

PETER GOLDSTEIN LAW CORP.
PETER GOLDSTEIN (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

Peter C. Wetherall, Esq.
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148

*Counsel for Plaintiffs Susan Lynn Clopp and Paris Fridge, as Co-Administrators of the Estate of Miciah William Lee*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2021

2