**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

City of Sparks
Wesley K. Duncan, Esq.
Nevada Bar No. 12362
City Attorney
P.O. Box 857
Sparks, Nevada 89432-0857
Telephone: (775) 353-2324
wduncan@cityofsparks.us
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LYNN CLOPP and PARIS FRIDGE as Co-Administrators of the ESTATE OF MICIAH WILLIAM LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPARKS; ERIC DEJESUS; RYAN PATTERSON; JAMES HAMMERSTONE; JAMES AHDUNKO and DOES 1-10,<br><br>Defendants. | Case No.:  3:20-cv-00465-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' TIME TO OPPOSE DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

The parties, by and through their counsel of record, hereby submit this Stipulation and Order to Extend the Parties' Time to Oppose Dispositive Motions (First Request).

**I.  PROCEDURAL HISTORY**

1. On August 24, 2022, Plaintiffs filed their Motion for Partial Summary Judgment based on the Americans with Disabilities Act, Title II.  (ECF No. 78) The Defendants' Opposition is due September 14, 2022.

2. On August 29, 2022, Defendants filed their Motion for Summary Judgment on all claims.  (ECF No. 83) The Plaintiffs' Opposition is due September 19, 2022.

3. Defense counsel has a trial scheduled for the week of September 12-16, 2022, and

is in the process of preparing for the same. *See Spielberg v. LVMPD, et al.*, Case No. A-20-812710-C.

4.  Plaintiffs' counsel is scheduled to be out of the jurisdiction in mid-September and also has other deadlines in other cases to meet.

5.  The Parties have met and conferred and respectfully request that the deadline for both parties' oppositions be moved to **October 12, 2022.**

## II.  STIPULATION AND ORDER

Based upon the above, the parties hereby STIPULATED TO THE FOLLOWING:

1.  The Defendants' response to the Plaintiffs' Motion for Partial Summary Judgment based on the Americans with Disability Act, Title II, be extended from September 14, 2022 to **October 12, 2022**.

2.  The Plaintiffs' Opposition to the Defendants' Motion for Summary Judgment be extended from September 19, 2022 to **October 12, 2022**.

IT IS SO STIPULATED this 8th day of September, 2022.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiffs |
| WETHERALL GROUP, LTD. | LAW OFFICE OF TERRI KEYSER-COOPER |
| By: *s/Peter C. Wetherall*<br>Peter C. Wetherall, Esq.<br>Nevada Bar No. 4414<br>9345 West Sunset Road, Suite #100<br>Las Vegas, Nevada 89148<br>Attorney for Plaintiffs | By: *s/Terri Keyser-Cooper*<br>Terri Keyser-Cooper, Esq.<br>Nevada Bar No. 3984<br>125 Edgewater Parkway<br>Reno, Nevada 89519<br>Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED this 9th day of September, 2022.

_____
United States District Court Judge

MAC:16685-001 4832998_1 9/8/2022 11:27 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816