**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

City of Sparks
Wesley K. Duncan, Esq.
Nevada Bar No. 12362
City Attorney
P.O. Box 857
Sparks, Nevada 89432-0857
Telephone: (775) 353-2324
wduncan@cityofsparks.us
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LYNN CLOPP and PARIS FRIDGE as Co-Administrators of the ESTATE OF MICIAH WILLIAM LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPARKS; ERIC DEJESUS; RYAN PATTERSON; JAMES HAMMERSTONE; JAMES AHDUNKO and DOES 1-10,<br><br>Defendants. | Case No.:   3:20-cv-00465-MMD-CSD<br><br>**STIPULATION AND ORDER** |

The parties, by and through their counsel of record, hereby submit this Stipulation and Order regarding the following:

1. On March 16, 2023, this Court issued its Order denying plaintiff's motion for partial summary judgment (ECF No. 78) and denying defendants' motion for summary judgment (ECF No. 83.) (See ECF No. 97.)

2. On March 16, 2023, this Court also issued its Minute Order referring this case to Magistrate Judge Craig S. Denney to conduct a settlement conference. (ECF No. 98.)

3. The parties are currently scheduled to attend a private mediation on April 5, 2023 with former-Magistrate Judge Peggy Leen at JAMS in Las Vegas, Nevada.

MAC:16685-001 5034158_1 3/24/2023 11:18 AM

4. Within thirty (30) days of the mediation, the Parties will provide this Court with a Status Report regarding the mediation.

IT IS SO STIPULATED this 24th day of March, 2023.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiffs |

LAW OFFICE OF TERRI KEYSER-COOPER

By: *s/Terri Keyser-Cooper*
Terri Keyser-Cooper, Esq.
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, Nevada 89519
Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED this 24th day of March, 2023.

_____
United States District Court Judge