**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

City of Sparks
Wesley K. Duncan, Esq.
Nevada Bar No. 12362
City Attorney
P.O. Box 857
Sparks, Nevada 89432-0857
Telephone: (775) 353-2324
wduncan@cityofsparks.us

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LYNN CLOPP and PARIS FRIDGE as Co-Administrators of the ESTATE OF MICIAH WILLIAM LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPARKS; ERIC DEJESUS; RYAN PATTERSON; JAMES HAMMERSTONE; JAMES AHDUNKO and DOES 1-10,<br><br>Defendants. | Case Number:<br>3:20-cv-00465-MMD-CSD<br><br>**JOINT STATUS REPORT** |

MAC:16685-001 5078964_1

Pursuant to this Court's Order (ECF No. 100), the Parties submit the following Status Report:

1. The parties mediated this case on April 5, 2023 with former-Magistrate Judge Peggy Leen at JAMS in Las Vegas, Nevada;

2. The parties settled and agreed to a settlement;

3. The parties have signed the Settlement Agreement and Release;

4. The Defendants are in the process of obtaining the settlement checks;

5. The Defendants anticipate having the settlement checks within ten (10) business days; and

6. Once the checks are distributed, the parties will execute a stipulation and order to dismiss the lawsuit.

Dated this 5th day of May, 2023.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff Paris Fridge |

LAW OFFICE OF TERRI KEYSER-COOPER

By: *s/Terri Keyser-Cooper*
Terri Keyser-Cooper, Esq.
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, Nevada 89519
Attorney for Plaintiff Susan Clopp