**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

City of Sparks
Wesley K. Duncan, Esq.
Nevada Bar No. 12362
City Attorney
P.O. Box 857
Sparks, Nevada 89432-0857
Telephone: (775) 353-2324
wduncan@cityofsparks.us
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN LYNN CLOPP and PARIS FRIDGE as Co-Administrators of the ESTATE OF MICIAH WILLIAM LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPARKS; ERIC DEJESUS; RYAN PATTERSON; JAMES HAMMERSTONE; JAMES AHDUNKO and DOES 1-10,<br><br>Defendants. | Case No.:   3:20-cv-00465-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and through the parties and their counsel of record, that the above-referenced matter is hereby dismissed with prejudice; and

IT IS FURTHER STIPULATED that all parties are to bear their own attorney fees and costs.

IT IS SO STIPULATED this 25th day of May, 2023.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By:  *s/Craig R. Anderson*<br>   Craig R. Anderson, Esq.<br>   Nevada Bar No. 6882<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorney for Defendants | By:  *s/Peter Goldstein*<br>   Peter Goldstein, Esq.<br>   Nevada Bar No. 6992<br>   10161 Park Run Drive, Ste. 150<br>   Las Vegas, Nevada 89145<br>   Attorney for Plaintiff Paris Fridge |

Clopp, et al.
Case No. 3:20-cv-00465-MMD-CSD

LAW OFFICE OF TERRI KEYSER-COOPER

By: ___s/Terri Keyser-Cooper___
Terri Keyser-Cooper, Esq.
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, Nevada 89519
Attorney for Plaintiff Susan Clopp

### ORDER

IT IS SO ORDERED the above-referenced matter is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties are to bear their own attorney fees and costs.

IT IS SO ORDERED.

The Clerk of Court is directed to close this case.

DATED: 5/25/2023

_____
MIRANDA M. DU
Chief United States District Court Judge

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816